No. 1086. MONGE, DEMANDANTE Y APELADO, v. CENTRAL VANNINA, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación por no haberse presentado la exposición del caso ni pliego de excep-

ciones.  Resuelto en diciembre 23, 1913.  Denegada la moción por no haber transcurrido el término de 30 días desde que la apelación fué interpuesta para radicar la transcripción de autos.  Abogados del apelado: *Sr. Hugh R. Francis.*  Abogados de la apelante: *Sres. Hartzel y Rodríguez Serra.*